# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DEMARKULES RAPHAEL WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:20-cv-00680-RDP-HNJ |
| ) | |
| **KENNETH PETERS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on December 22, 2021, recommending Defendants' Special Report be treated as a Motion for Summary Judgment and further recommending that the motion be granted. (Docs. 11, 17). Although the parties were advised of their right to file specific written objections within 14 days, the court received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation. Accordingly, the court **ORDERS** that Defendants' Motion for Summary Judgement is **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** and **ORDERED** this January 13, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE